**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  GROT TOOL & MANUFACTURING, INC.　　§　Case No. 15-19215
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/01/2015. The undersigned trustee was appointed on 06/01/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of　　　　$　　　62,988.14

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 16.51 |
| Bank service fees | 904.50 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　　$ | 62,067.13 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/19/2015 and the deadline for filing governmental claims was 11/30/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,399.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,399.41, for a total compensation of $6,399.41[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $23.58 for total expenses of $23.58[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/21/2017                    By: /s/ Richard M. Fogel
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**   15-19215

**Case Name:**   GROT TOOL & MANUFACTURING, INC.

**For Period Ending:**   06/21/2017

**Trustee Name:**   (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   06/01/2015 (f)

**§ 341(a) Meeting Date:**   07/15/2015

**Claims Bar Date:**   10/19/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account- Charter Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2* | Accounts Receivable- Acme (See Footnote) | 6,021.54 | 6,021.54 | | 0.00 | FA |
| 3 | Refunds (u) | 0.00 | 5,359.72 | | 5,363.14 | FA |
| 4 | Avoidance actions (u)<br>Trustee identified, alleged and settled a preferential transfer, a constructive fraudulent transfer and an improper setoff.   Settlements were approved per orders dated 2-9-16, 6-1-16 and 12-14-16. | 0.00 | Unknown | | 57,600.00 | FA |
| 5 | Subpoena fee (u) | 0.00 | 25.00 | | 25.00 | FA |
| **5** | **Assets        Totals**     (Excluding unknown values) | **$6,021.54** | **$11,406.26** | | **$62,988.14** | **$0.00** |

RE PROP# 2       Account receivable claim against Acme Industries was settled as part of improper setoff claim per o/c 12-14-16.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case No.:**    15-19215 | **Trustee Name:**    (330720) Richard M. Fogel |
| **Case Name:**    GROT TOOL & MANUFACTURING, INC. | **Date Filed (f) or Converted (c):**   06/01/2015 (f) |
| | **§ 341(a) Meeting Date:**   07/15/2015 |
| **For Period Ending:**    06/21/2017 | **Claims Bar Date:**   10/19/2015 |

**Major Activities Affecting Case Closing:**

3/31/17-  Trustee settled fraudulent transfer dispute with Big Shoulders Capital for $30,000 per o/c 6-1-16.  Trustee asserted a preference claim against a different creditor, Acme Industries, and settled for $25,000, payable in installments, per o/c 12-14-16.  The Trustee will file a Final Report after he files a short year final income tax return for 2017.

3/31/16- Trustee has asserted an avoidance action claim against one of the debtor's creditors and is engaged in settlement discussions.  The Trustee has conferred with potential contingent fee special counsel to pursue the claim if settlement discussions are unsuccessful.

**Initial Projected Date Of Final Report (TFR):**       12/31/2016        **Current Projected Date Of Final Report (TFR):**        06/21/2017 (Actual)

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 06/21/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2015 | {3} | AUTOMATIC DATA PROCESSING | Refund | 1229-000 | 511.83 | | 511.83 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 501.83 |
| 08/31/2015 | {5} | Charles P Romaker PC | Subpoena fee for Santos workers comp petition | 1229-000 | 25.00 | | 526.83 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 516.83 |
| 09/30/2015 | {3} | HARTFORD FIRE INSURANCE COMPANY | Refund of policy premium AAC228 | 1229-000 | 588.13 | | 1,104.96 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,094.96 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,084.96 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,074.96 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,064.96 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,054.96 |
| 02/11/2016 | {4} | SUSSEX TOOL AND SUPPLY | Settlement payment for alleged preferential transfer, per o/c 2-9-16 | 1241-000 | 2,600.00 | | 3,654.96 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 15-19215 | | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2431 | | **Account #:** | ******5966 Checking Account |
| **For Period Ending:** | 06/21/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,644.96 |
| 03/25/2016 | {3} | UNITED STATES TREASURY | Refund F-941 06/2015 (with 8.14 int) Refund F-941 06/2015 (with 8.14 int) | 1229-000 | 4,141.27 | | 7,786.23 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,776.23 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.78 | 7,765.45 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.76 | 7,754.69 |
| 06/07/2016 | {4} | Big Shoulders Capital LLC | Settlement proceeds for alleged constructive fraudulent transfer, per o/c 6-1-16 | 1241-000 | 30,000.00 | | 37,754.69 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.79 | 37,710.90 |
| 07/06/2016 | {3} | AUTOMATIC DATA PROCESSING | Credit Balamce | 1229-000 | 118.49 | | 37,829.39 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.40 | 37,776.99 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.60 | 37,717.39 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.10 | 37,663.29 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

Exhibit B
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-19215 | | | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2431 | | | **Account #:** | ******5966 Checking Account | |
| **For Period Ending:** | 06/21/2017 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.22 | 37,611.07 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.55 | 37,553.52 |
| 12/28/2016 | {4} | Acme Industries | Settlement payment per o/c 12-14-16 | 1241-000 | 5,000.00 | | 42,553.52 |
| 12/28/2016 | {4} | Acme Industries | Settlement payment per o/c 12-14-16 | 1241-000 | 5,000.00 | | 47,553.52 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.86 | 47,499.66 |
| 01/23/2017 | {4} | ACME Industries | Settlement Payment | 1241-000 | 5,000.00 | | 52,499.66 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.53 | 52,425.13 |
| 02/06/2017 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Number 016073584 | 2300-000 | | 16.51 | 52,408.62 |
| 02/10/2017 | {4} | Acme Industries | Settlement payment | 1241-000 | 5,000.00 | | 57,408.62 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.95 | 57,334.67 |
| 03/14/2017 | {4} | Acme Industries | Final settlement payment | 1241-000 | 5,000.00 | | 62,334.67 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 89.05 | 62,245.62 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**                                    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19215 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | GROT TOOL & MANUFACTURING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2431 | Account #: | ******5966 Checking Account |
| For Period Ending: | 06/21/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.56 | 62,162.06 |
| 05/26/2017 | {3} | Verizon Wireless | Credit balance | 1229-000 | 3.42 | | 62,165.48 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.35 | 62,067.13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 62,988.14 | 921.01 | $62,067.13 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 62,988.14 | 921.01 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $62,988.14 | $921.01 | |

Exhibit B
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-19215 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2431 | **Account #:** | ******5966 Checking Account |
| **For Period Ending:** | 06/21/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5966 Checking Account | $62,988.14 | $921.01 | $62,067.13 |
| | **$62,988.14** | **$921.01** | **$62,067.13** |

# Exhibit C

# Exhibit C

Case: 15-19215                                    GROT TOOL & MANUFACTURING, INC.

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Deven Transport, Inc. Attn: August Bergeron 909 FAIRWAY DR BENSENVILLE, IL 60106 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/28/15 | | $4,140.00 $0.00 | $0.00 | $0.00 |
| | Amended by Claim 29 | | | | | |
| 24S | BIG SHOULDERS CAPITAL LLC, formerly Revere Finance c/o Eric Prezant Bryan Cave LLP, <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 10/12/15 | | $78,159.98 $0.00 | $0.00 | $0.00 |
| | Disallowed per o/c 6-1-16 | | | | | |
| A | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 05/17/17 | | $14,468.00 $14,468.00 | $0.00 | $14,468.00 |
| B | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 | Administrative 05/17/17 | | $139.28 $139.28 | $0.00 | $139.28 |
| C | Popowcer Katten Ltd. 35 E. Wacker Drive Suite 1550 Chicago, IL 60601-2124 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 06/07/17 | | $4,233.00 $4,233.00 | $0.00 | $4,233.00 |

# Exhibit C

# Exhibit C

**Case: 15-19215**                    **GROT TOOL & MANUFACTURING, INC.**

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D | Popowcer Katten Ltd. 35 E. Wacker Drive Suite 1550 Chicago, IL 60601-2124 <3420-000 Accountant for Trustee Expenses (Other Firm)> , 200 | Administrative 06/07/17 | | $24.08 $24.08 | $0.00 | $24.08 |
| E | Kutchins, Robbins & Diamond, Ltd., <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 06/07/17 | | $2,269.50 $2,269.50 | $0.00 | $2,269.50 |
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 02/23/17 | | $6,399.41 $6,399.41 | $0.00 | $6,399.41 |
| TE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2200-000 Trustee Expenses> , 200 | Administrative 05/05/17 | | $23.58 $23.58 | $0.00 | $23.58 |
| | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 <5300-000 Wages - § 507(a)(4)> , 510 | Priority | | $0.00 $2,808.00 | $0.00 | $2,808.00 |
| | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 <5300-000 Wages - § 507(a)(4)> , 510 | Priority | | $0.00 $696.39 | $0.00 | $696.39 |
| | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 <5300-000 Wages - § 507(a)(4)> , 510 | Priority | | $0.00 $162.86 | $0.00 | $162.86 |

## Exhibit C

## Exhibit C

**Case: 15-19215**                                    **GROT TOOL & MANUFACTURING, INC.**

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $696.39 | $0.00 | $696.39 |
| | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $162.86 | $0.00 | $162.86 |
| | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0148 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $67.39 | $0.00 | $67.39 |
| | ILLINOIS DEPARTMENT OF REVENUE, <5300-000 Wages - § 507(a)(4)> , 510 | Priority | | $0.00 $421.20 | $0.00 | $421.20 |
| | Illinois Department of Employment Security 4519 W Main St Belleville, IL 62226 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $387.51 | $0.00 | $387.51 |
| 1 | INTERNAL REVENUE SERVICE, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 Amended to $0.00 on 03-10-16 | Priority 07/24/15 | | $54,391.95 $0.00 | $0.00 | $0.00 |
| 5 | WIESLAW MAZURKIEWICZ 4320 N RUTHERFORD HARWOOD HEIGHTS, IL 60706 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 07/30/15 | | $660.00 $419.76 | $0.00 | $419.76 |

## Exhibit C

## Exhibit C

**Case: 15-19215**　　　　　　　　　　**GROT TOOL & MANUFACTURING, INC.**

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | JACK LUZAROWSKI<br>41 E. TERRANCE LANE<br>DES PLAINES, IL 60016<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/03/15 | | $2,020.00<br>$1,284.72 | $0.00 | $1,284.72 |
| 11 | HUGO MERCHAN<br>4527 N. SPAULDING<br>CHICAGO, IL 60625<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/07/15 | | $880.00<br>$559.68 | $0.00 | $559.68 |
| 12 | WALENTY PIS<br>406 W. MYRICK AVE.<br>ADDISION, IL 60101<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/10/15 | | $504.00<br>$320.54 | $0.00 | $320.54 |
| 14 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>08/12/15 | | $1,363.85<br>$1,363.85 | $0.00 | $1,363.85 |
| 18 | ROMAN KITA<br>4652 N NARRAGANSETT<br>HARWOOD HEIGHTS, IL 60706<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/17/15 | | $783.50<br>$498.30 | $0.00 | $498.30 |
| 19 | DARIUSZ KWIATKOWSKI<br>6052 W. BERENICE<br>CHICAGO, IL 60634<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/18/15 | | $1,471.25<br>$935.72 | $0.00 | $935.72 |
| 20 | PAWEL MAZUR<br>898 WELLINGTON AVE. #219<br>ELK GROVE VILLAGE, IL 60007<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/19/15 | | $3,360.00<br>$2,136.96 | $0.00 | $2,136.96 |

# Exhibit C

## Exhibit C

**Case: 15-19215**                    **GROT TOOL & MANUFACTURING, INC.**

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28 | KRZYSZTOF F. BUDZIAK 1623 E. ASHLAND STREET, 3E DES PLAINES, IL 60016 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 10/20/15 | | $1,553.25 $987.87 | $0.00 | $987.87 |
| 1 | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114-0326 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/24/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| 1-3 | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114-0326 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/24/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| 2 | MSC Industrial Supply Co 75 Maxes Raod Melville, NY 11747 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/24/15 | | $25,633.00 $25,633.00 | $0.00 | $25,633.00 |
| 3 | ALLIANCE CREATIVE GROUP 1066 NATIONAL PARKWAY SCHAUMBURG, IL 60173 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/27/15 | | $1,339.05 $1,339.05 | $0.00 | $1,339.05 |
| 6 | ACME FOUNDRY INC. C/O ROBERT L SHEPARD 1502 SPRUCE P.O. BOX 908 COFFEYVILLE, KS 67337 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/03/15 | | $16,525.67 $16,525.67 | $0.00 | $16,525.67 |

## Exhibit C

## Exhibit C

**Case: 15-19215**                                    **GROT TOOL & MANUFACTURING, INC.**

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | ENDEAVOR TECHNOLOGIES, INC. 417 STONE AVE ST. CHARLES, IL 60174 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/03/15 | | $4,625.00 $4,625.00 | $0.00 | $4,625.00 |
| 9 | VERIZON WIRELESS William M. Vermette - Assistant General Counsel 22001 Loudoun County Parkway Suite E1-3-115 Ashburn, VA 20147 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/07/15 | | $1,641.90 $1,641.90 | $0.00 | $1,641.90 |
| 10 | MACMILLIN HYDRAULIC ENGINEERING CORP PO Box 6 SKOKIE, IL 60076 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/07/15 | | $154.24 $154.24 | $0.00 | $154.24 |
| 13 | LIEBOVICH STEEL & ALUMINUM 2116 PRESTON STREET ROCKFORD, IL 61102 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/11/15 | | $1,239.00 $1,239.00 | $0.00 | $1,239.00 |
| 15 | ALL CONTROL 1644 CAMBRIDGE DRIVE ELGIN, IL 60123 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/13/15 | | $54.04 $54.04 | $0.00 | $54.04 |
| 16 | HARTFORD FINISHING, INC. 844 W. STATE STREET HARTFORD, WI 53027 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/14/15 | | $1,802.79 $1,802.79 | $0.00 | $1,802.79 |

## Exhibit C

## Exhibit C

**Case: 15-19215**                                    **GROT TOOL & MANUFACTURING, INC.**

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | BEAVER OIL CO. INC. 6037 LENZI AVE. HODGKINS, IL 60525 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/17/15 | | $1,372.50 $1,372.50 | $0.00 | $1,372.50 |
| 21 | MONSTER WORLDWIDE INC. 7800 W. Brown Deer Rd. Ste 200 Milwaukee, WI 53223 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/01/15 | | $770.00 $770.00 | $0.00 | $770.00 |
| 22 | Motor Castings Company Godfrey & Kahn, S.C. Attn: Erin West One East Main Street, Suite 500 Post Office Box 2719 Madison, WI 53701-2419 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/09/15 | | $254,579.02 $254,579.02 | $0.00 | $254,579.02 |
| 23 | Wisconsin Aluminum Foundry Co., Inc. c/o B. Jacobs 1931 S. 14th St. Manitowoc, WI 54220 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/10/15 | | $101,000.46 $101,000.46 | $0.00 | $101,000.46 |
| 24U | BIG SHOULDERS CAPITAL LLC, formerly Revere Finance c/o Eric Prezant Bryan Cave LLP, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610  Disallowed per o/c 6-1-16 | Unsecured 10/12/15 | | $126,185.98 $0.00 | $0.00 | $0.00 |
| 25 | Blackhawk Industrial Attn: Jason Jennings 1501 SW Expressway Dr Broken Arrow, OK 74012 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/09/15 | | $62,043.28 $62,043.28 | $0.00 | $62,043.28 |

## Exhibit C

## Exhibit C

**Case:** **15-19215**                         **GROT TOOL & MANUFACTURING, INC.**

Claims Bar Date: 10/19/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26 | ILLINOIS POWER MARKETING DBA HOMEFIELD ENERGY SCHIFF HARDIN LLP 666 FIFTH AVENUE 17TH FLOOR NEW YORK, NY 10103 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/16/15 | | $91,168.35 $91,168.35 | $0.00 | $91,168.35 |
| 27 | SUSSEX TOOL AND SUPPLY, INC. 19967 WEST MAIN STREET LANNON, WI 53046 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/19/15 | | $43,149.00 $43,149.00 | $0.00 | $43,149.00 |
| 29 | Deven Transport, Inc. 909 Fairway Drive Bensenville, IL 60106 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 Amends claim no. 4 | Unsecured 10/19/15 | | $4,140.00 $4,140.00 | $0.00 | $4,140.00 |
| | | | **Case Total:** | | **$0.00** | **$652,704.15** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-19215
Case Name: GROT TOOL & MANUFACTURING,
Trustee Name: Richard M. Fogel

**Balance on hand:**    $                62,067.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 24S | BIG SHOULDERS CAPITAL LLC, formerly Revere Finance c/o Eric Prezant Bryan Cave LLP | 78,159.98 | 0.00 | 0.00 | 0.00 |
| 4 | Deven Transport, Inc. | 4,140.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $        62,067.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 6,399.41 | 0.00 | 6,399.41 |
| Trustee, Expenses - Richard M. Fogel | 23.58 | 0.00 | 23.58 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 14,468.00 | 0.00 | 14,468.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 139.28 | 0.00 | 139.28 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd. | 4,233.00 | 0.00 | 4,233.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 2,269.50 | 0.00 | 2,269.50 |
| Accountant for Trustee Expenses (Other Firm) - Popowcer Katten Ltd. | 24.08 | 0.00 | 24.08 |

Total to be paid for chapter 7 administrative expenses:    $        27,556.85
Remaining balance:    $        34,510.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $           0.00
Remaining balance:     $      34,510.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,910.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 5 | WIESLAW MAZURKIEWICZ | 660.00 | 0.00 | 660.00 |
| 8 | JACK LUZAROWSKI | 2,020.00 | 0.00 | 2,020.00 |
| 11 | HUGO MERCHAN | 880.00 | 0.00 | 880.00 |
| 12 | WALENTY PIS | 504.00 | 0.00 | 504.00 |
| 14 | Illinois Department of Employment Security | 1,363.85 | 0.00 | 1,363.85 |
| 18 | ROMAN KITA | 783.50 | 0.00 | 783.50 |
| 19 | DARIUSZ KWIATKOWSKI | 1,471.25 | 0.00 | 1,471.25 |
| 20 | PAWEL MAZUR | 3,360.00 | 0.00 | 3,360.00 |
| 28 | KRZYSZTOF F. BUDZIAK | 1,553.25 | 0.00 | 1,553.25 |
|  | DEPARTMENT OF TREASURY | 696.39 | 0.00 | 696.39 |
|  | DEPARTMENT OF TREASURY | 162.86 | 0.00 | 162.86 |
|  | DEPARTMENT OF TREASURY | 67.39 | 0.00 | 67.39 |
|  | Illinois Department of Employment Security | 387.51 | 0.00 | 387.51 |

Total to be paid for priority claims:     $      13,910.00
Remaining balance:     $      20,600.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $611,237.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 1-3 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 2 | MSC Industrial Supply Co | 25,633.00 | 0.00 | 863.90 |
| 3 | ALLIANCE CREATIVE GROUP | 1,339.05 | 0.00 | 45.13 |
| 6 | ACME FOUNDRY INC. C/O ROBERT L SHEPARD | 16,525.67 | 0.00 | 556.96 |
| 7 | ENDEAVOR TECHNOLOGIES, INC. | 4,625.00 | 0.00 | 155.87 |
| 9 | VERIZON WIRELESS William M. Vermette - Assistant General Counsel | 1,641.90 | 0.00 | 55.34 |
| 10 | MACMILLIN HYDRAULIC ENGINEERING CORP | 154.24 | 0.00 | 5.20 |
| 13 | LIEBOVICH STEEL & ALUMINUM | 1,239.00 | 0.00 | 41.76 |
| 15 | ALL CONTROL | 54.04 | 0.00 | 1.82 |
| 16 | HARTFORD FINISHING, INC. | 1,802.79 | 0.00 | 60.76 |
| 17 | BEAVER OIL CO. INC. | 1,372.50 | 0.00 | 46.26 |
| 21 | MONSTER WORLDWIDE INC. | 770.00 | 0.00 | 25.95 |
| 22 | Motor Castings Company Godfrey & Kahn, S.C. Attn: Erin West | 254,579.02 | 0.00 | 8,579.97 |
| 23 | Wisconsin Aluminum Foundry Co., Inc. c/o B. Jacobs | 101,000.46 | 0.00 | 3,403.98 |
| 24U | BIG SHOULDERS CAPITAL LLC, formerly Revere Finance c/o Eric Prezant Bryan Cave LLP | 0.00 | 0.00 | 0.00 |
| 25 | Blackhawk Industrial Attn: Jason Jennings | 62,043.28 | 0.00 | 2,091.02 |
| 26 | ILLINOIS POWER MARKETING DBA HOMEFIELD ENERGY SCHIFF HARDIN LLP | 91,168.35 | 0.00 | 3,072.61 |
| 27 | SUSSEX TOOL AND SUPPLY, INC. | 43,149.00 | 0.00 | 1,454.23 |
| 29 | Deven Transport, Inc. | 4,140.00 | 0.00 | 139.52 |

Total to be paid for timely general unsecured claims:  $  20,600.28

Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None      |          |                         |                          |                  |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $          0.00 |
| Remaining balance: | $          0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None      |          |                         |                          |                  |

| | |
|---|---|
| Total to be paid for subordinated claims: | $          0.00 |
| Remaining balance: | $          0.00 |