# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-19215 |
| | ) | |
| Grot Tool & Manufacturing, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Deborah L. Thorne |

## CERTIFICATE OF SERVICE

Richard M. Fogel certifies that he caused to be served a true and correct copy of **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** upon the attached Service List in the manner indicated on this 21st day of June, 2017.

/s/ Richard M. Fogel

{11349-001 CER A0474768.DOC}

## Mailing Information for Case 15-19215
**Electronic Mail Notice List**

- Jeffrey E Altshul    jaltshul@carlsondash.com

- Kurt M. Carlson    kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com

- Aaron Davis    aaron.davis@bryancave.com, CHDocketing@bryancave.com;kat.denk@bryancave.com;kathryn.farris@bryancave.com

- Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Peter J Roberts    proberts@shawfishman.com

**Manual Notice List (Via U.S. Mail):**

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

MSC Industrial Supply Co.
75 Maxes Road
Melville, N.Y. 11747
Attn: Legal Dept.

Steven M. St. Louis
Alliance Creative Group
1066 National Parkway
Schaumburg, IL 60173

Wieslaw Mazurkiewicz
4320 N. Rutherford
Harwood Heights, IL 60706

ACME Foundry Inc.
c/o Robert L Shepard
1502 Spruce
P.O. Box 908
Coffeyville, KS 67337

Endeavor Technologies, Inc.
417 Stone Ave.
St. Charles, IL 60174

Jack Luzarowski
41 E. Terrance Lane
Des Plaines, IL 60016

Verizon Wireless
William M. Vermette - Assistant General Counsel
22001 Loudoun County Parkway
Suite E1-3-115
Ashburn, VA 20147

MacMillin Hydraulic Engineering Corp
PO Box 6
Skokie, IL 60076

Hugo Merchan
4527 N. Spaulding
Chicago, IL 60625

Walenty Pis
406 W. Myrick Ave.
Addison, IL 60101

Liebovich Steel & Aluminum
2116 Preston Street
Rockford, IL 61102

Illinois Department of Employment Security
33 South State Street
Attn: Bankruptcy Unit - 10th Fl.
Chicago, IL 60603

All Control
1644 Cambridge Drive
Elgin, IL 60123

Hartford Finishing, Inc.
844 W. State Street
Hartford, WI 53027

Beaver Oil Co. Inc.
6037 Lenzi Ave.
Hodgkins, IL 60525

Roman Kita
4652 N. Narragansett
Harwood Heights, IL 60706

Dariusz Kwiatkowski
6052 W. Berenice
Chicago, IL 60634

Pawel Mazur
898 Wellington Ave., #219
Elk Grove Village, IL 60007

Monster Worldwide Inc.
7800 W. Brown Deer Rd., Ste 200
Milwaukee, WI 53223

Motor Castings Company
c/o Godfrey & Kahn, S.C.
Attn: Erin West
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2419

Wisconsin Aluminum Foundry Co., Inc.
c/o B. Jacobs
1931 S. 14th St.
Manitowoc, WI 54220

Big Shoulders Capital LLC
  formerly Revere Finance
c/o Eric Prezant
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601

Blackhawk Industrial
Attn: Jason Jennings
1501 SW Expressway Dr.
Broken Arrow, OK 74012

Illinois Power Marketing
dba Homefield Energy
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103

Sussex Tool And Supply, Inc.
19967 West Main Street
Lannon, WI 53046

Krzysztof F. Budziak
1623 E. Ashland Street, 3E
Des Plaines, IL 60016

Deven Transport, Inc.
909 Fairway Drive
Bensenville, IL 60106