### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GROT TOOL & MANUFACTURING, INC.      §      Case No. 15-19215
§
§
§
_____Debtor(s)_____

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
### ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,021.54 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $34,510.28 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $28,477.86 | |

3) Total gross receipts of $62,988.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $62,988.14 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,507,381.95 | $82,299.98 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $28,477.86 | $28,477.86 | $28,477.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $17,631.55 | $66,987.80 | $13,910.00 | $13,910.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $998,563.44 | $737,423.28 | $611,237.30 | $20,600.28 |
| **TOTAL DISBURSEMENTS** | $8,523,576.94 | $915,188.92 | $653,625.16 | $62,988.14 |

4) This case was originally filed under chapter 7 on 06/01/2015.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      10/03/2017          By: /s/ Richard M. Fogel
                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance actions | 1241-000 | $57,600.00 |
| Subpoena fee | 1229-000 | $25.00 |
| Refunds | 1229-000 | $5,363.14 |
| **TOTAL GROSS RECEIPTS** | | **$62,988.14** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Deven Transport, Inc. | 4110-000 | $3,140.00 | $4,140.00 | $0.00 | $0.00 |
| 24S | BIG SHOULDERS CAPITAL LLC, formerly Revere Finance c/o Eric Prezant Bryan Cave LLP | 4110-000 | $3,750,000.00 | $78,159.98 | $0.00 | $0.00 |
| N/F | FORDHAM CAPITAL PARTNERS, LLC X | 4110-000 | $29,241.95 | NA | NA | NA |
| N/F | LSQ FUNDING GROUP L.C. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | REVERE FINANCE, LLC | 4110-000 | $3,725,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$7,507,381.95** | **$82,299.98** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $6,399.41 | $6,399.41 | $6,399.41 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $23.58 | $23.58 | $23.58 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 3110-000 | NA | $14,468.00 | $14,468.00 | $14,468.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 3120-000 | NA | $139.28 | $139.28 | $139.28 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $16.51 | $16.51 | $16.51 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $904.50 | $904.50 | $904.50 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd. | 3410-000 | NA | $4,233.00 | $4,233.00 | $4,233.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $2,269.50 | $2,269.50 | $2,269.50 |
| Accountant for Trustee Expenses (Other Firm) - Popowcer Katten Ltd. | 3420-000 | NA | $24.08 | $24.08 | $24.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$28,477.86** | **$28,477.86** | **$28,477.86** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $54,391.95 | $0.00 | $0.00 |
| 5 | WIESLAW MAZURKIEWICZ | 5300-000 | $619.94 | $660.00 | $419.76 | $419.76 |
| 8 | JACK LUZAROWSKI | 5300-000 | $1,975.00 | $2,020.00 | $1,284.72 | $1,284.72 |
| 11 | HUGO MERCHAN | 5300-000 | $841.50 | $880.00 | $559.68 | $559.68 |
| 12 | WALENTY PIS | 5300-000 | $406.00 | $504.00 | $320.54 | $320.54 |
| 14 | Illinois Department of Employment Security | 5800-000 | $0.00 | $1,363.85 | $1,363.85 | $1,363.85 |
| 18 | ROMAN KITA | 5300-000 | $468.13 | $783.50 | $498.30 | $498.30 |
| 19 | DARIUSZ KWIATKOWSKI | 5300-000 | $1,502.19 | $1,471.25 | $935.72 | $935.72 |
| 20 | PAWEL MAZUR | 5300-000 | $855.75 | $3,360.00 | $2,136.96 | $2,136.96 |
| 28 | KRZYSZTOF F. BUDZIAK | 5300-000 | $399.00 | $1,553.25 | $987.87 | $987.87 |
|  | DEPARTMENT OF TREASURY | 5800-000 | NA | NA | $67.39 | $67.39 |
|  | DEPARTMENT OF TREASURY | 5300-000 | NA | NA | $162.86 | $162.86 |
|  | DEPARTMENT OF TREASURY | 5800-000 | NA | NA | $696.39 | $696.39 |
|  | DEPARTMENT OF TREASURY | 5300-000 | NA | NA | $2,808.00 | $2,808.00 |
|  | DEPARTMENT OF TREASURY | 5800-000 | NA | NA | $162.86 | $162.86 |
|  | DEPARTMENT OF TREASURY | 5300-000 | NA | NA | $696.39 | $696.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | NA | NA | $421.20 | $421.20 |
| | Illinois Department of Employment Security | 5800-000 | NA | NA | $387.51 | $387.51 |
| N/F | ADAM S. NOSOWICZ | 5800-000 | $377.00 | NA | NA | NA |
| N/F | ALBERT ROSADO | 5800-000 | $241.50 | NA | NA | NA |
| N/F | BARRY L. SEVERIN | 5800-000 | $1,442.31 | NA | NA | NA |
| N/F | BOGDAN K. ZAKLIKIEWICZ | 5800-000 | $213.00 | NA | NA | NA |
| N/F | BRONISLAW PIERDOS | 5800-000 | $285.60 | NA | NA | NA |
| N/F | IL DEPT OF REVENUE | 5800-000 | NA | NA | NA | NA |
| N/F | JAMAL KHOSHABA | 5800-000 | $114.00 | NA | NA | NA |
| N/F | JAN HENK | 5800-000 | $350.63 | NA | NA | NA |
| N/F | KRYSTIAN GALADYK | 5800-000 | $500.00 | NA | NA | NA |
| N/F | KRZYSZTOF WIATR | 5800-000 | $890.00 | NA | NA | NA |
| N/F | MARK MALEWICZ | 5800-000 | $156.00 | NA | NA | NA |
| N/F | PAWEL ZAJAC | 5800-000 | $908.50 | NA | NA | NA |
| N/F | ROBERT TRENKENSCHU | 5800-000 | $3,000.00 | NA | NA | NA |
| N/F | STANISLAW WIATR | 5800-000 | $580.00 | NA | NA | NA |
| N/F | ZBIGNIEW PAJAK | 5800-000 | $674.25 | NA | NA | NA |
| N/F | ZINNIA AYALA | 5800-000 | $831.25 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$17,631.55** | **$66,987.80** | **$13,910.00** | **$13,910.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 1-3 | INTERNAL REVENUE SERVICE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | MSC Industrial Supply Co | 7100-000 | $25,633.00 | $25,633.00 | $25,633.00 | $863.90 |
| 3 | ALLIANCE CREATIVE GROUP | 7100-000 | $3,869.08 | $1,339.05 | $1,339.05 | $45.13 |
| 6 | ACME FOUNDRY INC. C/O ROBERT L SHEPARD | 7100-000 | $16,509.00 | $16,525.67 | $16,525.67 | $556.96 |
| 7 | ENDEAVOR TECHNOLOGIES, INC. | 7100-000 | $4,625.00 | $4,625.00 | $4,625.00 | $155.87 |
| 9 | VERIZON WIRELESS William M. Vermette - Assistant General Counsel | 7100-000 | $2,881.36 | $1,641.90 | $1,641.90 | $55.34 |
| 10 | MACMILLIN HYDRAULIC ENGINEERING CORP | 7100-000 | $154.24 | $154.24 | $154.24 | $5.20 |
| 13 | LIEBOVICH STEEL & ALUMINUM | 7100-000 | $1,239.00 | $1,239.00 | $1,239.00 | $41.76 |
| 15 | ALL CONTROL | 7100-000 | $54.04 | $54.04 | $54.04 | $1.82 |
| 16 | HARTFORD FINISHING, INC. | 7100-000 | $1,802.79 | $1,802.79 | $1,802.79 | $60.76 |
| 17 | BEAVER OIL CO. INC. | 7100-000 | $1,372.50 | $1,372.50 | $1,372.50 | $46.26 |
| 21 | MONSTER WORLDWIDE INC. | 7100-000 | $770.00 | $770.00 | $770.00 | $25.95 |
| 22 | Motor Castings Company Godfrey & Kahn, S.C. Attn: Erin West | 7100-000 | $238,965.85 | $254,579.02 | $254,579.02 | $8,579.97 |

| 23 | Wisconsin Aluminum Foundry Co., Inc. c/o B. Jacobs | 7100-000 | $104,326.86 | $101,000.46 | $101,000.46 | $3,403.98 |
| 24U | BIG SHOULDERS CAPITAL LLC, formerly Revere Finance c/o Eric Prezant Bryan Cave LLP | 7100-000 | NA | $126,185.98 | $0.00 | $0.00 |
| 25 | Blackhawk Industrial Attn: Jason Jennings | 7100-000 | $58,509.90 | $62,043.28 | $62,043.28 | $2,091.02 |
| 26 | ILLINOIS POWER MARKETING DBA HOMEFIELD ENERGY SCHIFF HARDIN LLP | 7100-000 | $91,168.35 | $91,168.35 | $91,168.35 | $3,072.61 |
| 27 | SUSSEX TOOL AND SUPPLY, INC. | 7100-000 | NA | $43,149.00 | $43,149.00 | $1,454.23 |
| 29 | Deven Transport, Inc. | 7100-000 | $3,140.00 | $4,140.00 | $4,140.00 | $139.52 |
| N/F | A-1 QUALITY WELDING, INC. | 7100-000 | $228.96 | NA | NA | NA |
| N/F | ACME INDUSTRIES, INC. | 7100-000 | $117,500.00 | NA | NA | NA |
| N/F | AMERICAN GLOBAL STANDARDS | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | ANASCO INCORPORATED | 7100-000 | $1,218.80 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $798.49 | NA | NA | NA |
| N/F | AUTOMATIC DATA PROCESSING | 7100-000 | $2,472.84 | NA | NA | NA |
| N/F | BEST MESSENGER SERVICE | 7100-000 | $2,130.73 | NA | NA | NA |
| N/F | BORNQUIST, INC. | 7100-000 | $73.75 | NA | NA | NA |
| N/F | BRIAN C. SPAHN NINA G. BECK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CALIBRATION SOLUTION | 7100-000 | $127.42 | NA | NA | NA |
| N/F | CAPITAL ONE BANK (USA) N.A. | 7100-000 | $34,892.89 | NA | NA | NA |

| N/F | CHEMETALL US, INC. | 7100-000 | $5,046.25 | NA | NA | NA |
| N/F | CINTAS #22 | 7100-000 | $8,152.99 | NA | NA | NA |
| N/F | COMCAST CABLE | 7100-000 | $1,240.43 | NA | NA | NA |
| N/F | COMED | 7100-000 | $59,414.05 | NA | NA | NA |
| N/F | CORBETT DUNCAN & HUBLY P.C. | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | COYOTE LOGISTICS, LLC | 7100-000 | $445.82 | NA | NA | NA |
| N/F | EMERALD DATACOM PRODUCTS | 7100-000 | $39.49 | NA | NA | NA |
| N/F | EWS WELDING SUPPLY, INC. | 7100-000 | $363.92 | NA | NA | NA |
| N/F | FEDEX | 7100-000 | $250.38 | NA | NA | NA |
| N/F | GRAINGER | 7100-000 | $986.60 | NA | NA | NA |
| N/F | HOUSE OF SAFETY INC. | 7100-000 | $800.65 | NA | NA | NA |
| N/F | LAKESHORE RECYCLING SYSTEMS | 7100-000 | $1,944.05 | NA | NA | NA |
| N/F | LEWIS PAPER | 7100-000 | $38.15 | NA | NA | NA |
| N/F | LOZIER OIL CO. | 7100-000 | $5,050.20 | NA | NA | NA |
| N/F | M&MABRASIVEPRODUCTS | 7100-000 | $311.24 | NA | NA | NA |
| N/F | MACHINE TOOL BEARINGS & ACCESSORIES | 7100-000 | $75.49 | NA | NA | NA |
| N/F | MAYFRAN INTERNATIONAL, INC. | 7100-000 | $1,120.99 | NA | NA | NA |
| N/F | MCI | 7100-000 | $208.53 | NA | NA | NA |
| N/F | MCMASTER-CARR SUPPLY CO. | 7100-000 | $624.34 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | MELTZER, PURTILL & STELLE LLC | 7100-000 | $19,930.00 | NA | NA | NA |
| N/F | MFG.COM | 7100-000 | $1,620.00 | NA | NA | NA |
| N/F | MITSUBISHI ELECTRIC | 7100-000 | $4,185.00 | NA | NA | NA |
| N/F | MOTION INDUSTRIES, INC. | 7100-000 | $323.60 | NA | NA | NA |
| N/F | NASSCO INC. | 7100-000 | $1,260.04 | NA | NA | NA |
| N/F | NICOR GAS | 7100-000 | $1,461.36 | NA | NA | NA |
| N/F | OFFICE DEPOT | 7100-000 | $58.85 | NA | NA | NA |
| N/F | OHLIN SALES INC. OSI BATTERIES | 7100-000 | $615.54 | NA | NA | NA |
| N/F | ORANGE COAST PNEUMATICS | 7100-000 | $26.30 | NA | NA | NA |
| N/F | PITTSBURGH PLUG & PROD. CORP. | 7100-000 | $1,352.40 | NA | NA | NA |
| N/F | POLISH WEEKLY CHICAGO | 7100-000 | $160.00 | NA | NA | NA |
| N/F | QUILL CORPORATION | 7100-000 | $601.48 | NA | NA | NA |
| N/F | RAFFINATO PARTNERS | 7100-000 | $28,225.61 | NA | NA | NA |
| N/F | RICOH USA, INC | 7100-000 | $141.91 | NA | NA | NA |
| N/F | ROBERT TRENKENSCHU | 7100-000 | $68,993.23 | NA | NA | NA |
| N/F | ROFSTAD, INC. | 7100-000 | $1,206.18 | NA | NA | NA |
| N/F | ROSEDALE PRODUCTS, INC. | 7100-000 | $157.67 | NA | NA | NA |
| N/F | SKOKIE ACE HARDWARE #4813-1 | 7100-000 | $35.36 | NA | NA | NA |
| N/F | SNK AMERICA, INC. | 7100-000 | $337.00 | NA | NA | NA |
| N/F | STAR SU, LLC | 7100-000 | $4,406.04 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | STORAGE BATTERY SYSTEMS | 7100-000 | $509.25 | NA | NA | NA |
|-----|-------------------------|----------|---------|----|----|----|
| N/F | SUSSEX TOOL AND SUPPLY | 7100-000 | $43,149.04 | NA | NA | NA |
| N/F | THE HARTFORD | 7100-000 | $5,686.87 | NA | NA | NA |
| N/F | TOYODA MACHINERY USA | 7100-000 | $734.20 | NA | NA | NA |
| N/F | TRI STAR CNC SERVICES, LLC | 7100-000 | $977.50 | NA | NA | NA |
| N/F | TRIBUNE MEDIA GROUP | 7100-000 | $660.00 | NA | NA | NA |
| N/F | UNIVERSAL GRINDING & TOOL | 7100-000 | $3,146.87 | NA | NA | NA |
| N/F | UPS | 7100-000 | $319.87 | NA | NA | NA |
| N/F | USF HOLLAND INC. | 7100-000 | $1,203.50 | NA | NA | NA |
| N/F | VETERANS MESSENGER SERVICE | 7100-000 | $1,516.91 | NA | NA | NA |
| N/F | WHOLESALE TOOL CO., INC. | 7100-000 | $217.44 | NA | NA | NA |
| N/F | XEROX CORPORATION GENERAL SECTOR CBC | 7100-000 | $266.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$998,563.44** | **$737,423.28** | **$611,237.30** | **$20,600.28** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

**Case No.:**   15-19215

**Case Name:**   GROT TOOL & MANUFACTURING, INC.

**For Period Ending:**   10/03/2017

**Trustee Name:**   (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   06/01/2015 (f)

**§ 341(a) Meeting Date:**   07/15/2015

**Claims Bar Date:**   10/19/2015

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by the<br>Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | Checking account- Charter Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2* | Accounts Receivable- Acme (See Footnote) | 6,021.54 | 6,021.54 | | 0.00 | FA |
| 3 | Refunds (u) | 0.00 | 5,359.72 | | 5,363.14 | FA |
| 4 | Avoidance actions (u)<br>Trustee identified, alleged and settled a preferential transfer, a constructive fraudulent transfer and an improper setoff.   Settlements were approved per orders dated 2-9-16, 6-1-16 and 12-14-16. | 0.00 | Unknown | | 57,600.00 | FA |
| 5 | Subpoena fee (u) | 0.00 | 25.00 | | 25.00 | FA |
| 5 | **Assets        Totals**    (Excluding unknown values) | **$6,021.54** | **$11,406.26** | | **$62,988.14** | **$0.00** |

RE PROP# 2        Account receivable claim against Acme Industries was settled as part of improper setoff claim per o/c 12-14-16.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  2

| | |
|---|---|
| **Case No.:**   15-19215 | **Trustee Name:**    (330720) Richard M. Fogel |
| **Case Name:**   GROT TOOL & MANUFACTURING, INC. | **Date Filed (f) or Converted (c):**   06/01/2015 (f) |
| | **§ 341(a) Meeting Date:**   07/15/2015 |
| **For Period Ending:**   10/03/2017 | **Claims Bar Date:**   10/19/2015 |

**Major Activities Affecting Case Closing:**

3/31/17-  Trustee settled fraudulent transfer dispute with Big Shoulders Capital for $30,000 per o/c 6-1-16.  Trustee asserted a preference claim against a different creditor, Acme Industries, and settled for $25,000, payable in installments, per o/c 12-14-16.  The Trustee will file a Final Report after he files a short year final income tax return for 2017.

3/31/16- Trustee has asserted an avoidance action claim against one of the debtor's creditors and is engaged in settlement discussions.  The Trustee has conferred with potential contingent fee special counsel to pursue the claim if settlement discussions are unsuccessful.

**Initial Projected Date Of Final Report (TFR):**       12/31/2016          **Current Projected Date Of Final Report (TFR):**        06/21/2017 (Actual)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2015 | {3} | AUTOMATIC DATA PROCESSING | Refund | 1229-000 | 511.83 | | 511.83 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 501.83 |
| 08/31/2015 | {5} | Charles P Romaker PC | Subpoena fee for Santos workers comp petition | 1229-000 | 25.00 | | 526.83 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 516.83 |
| 09/30/2015 | {3} | HARTFORD FIRE INSURANCE COMPANY | Refund of policy premium AAC228 | 1229-000 | 588.13 | | 1,104.96 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,094.96 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,084.96 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,074.96 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,064.96 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,054.96 |
| 02/11/2016 | {4} | SUSSEX TOOL AND SUPPLY | Settlement payment for alleged preferential transfer, per o/c 2-9-16 | 1241-000 | 2,600.00 | | 3,654.96 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,644.96 |
| 03/25/2016 | {3} | UNITED STATES TREASURY | Refund F-941 06/2015 (with 8.14 int) Refund F-941 06/2015 (with 8.14 int) | 1229-000 | 4,141.27 | | 7,786.23 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,776.23 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.78 | 7,765.45 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.76 | 7,754.69 |
| 06/07/2016 | {4} | Big Shoulders Capital LLC | Settlement proceeds for alleged constructive fraudulent transfer, per o/c 6-1-16 | 1241-000 | 30,000.00 | | 37,754.69 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.79 | 37,710.90 |
| 07/06/2016 | {3} | AUTOMATIC DATA PROCESSING | Credit Balamce | 1229-000 | 118.49 | | 37,829.39 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.40 | 37,776.99 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.60 | 37,717.39 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.10 | 37,663.29 |

{} Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**                    ! - transaction has not been cleared

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.22 | 37,611.07 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.55 | 37,553.52 |
| 12/28/2016 | {4} | Acme Industries | Settlement payment per o/c 12-14-16 | 1241-000 | 5,000.00 | | 42,553.52 |
| 12/28/2016 | {4} | Acme Industries | Settlement payment per o/c 12-14-16 | 1241-000 | 5,000.00 | | 47,553.52 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.86 | 47,499.66 |
| 01/23/2017 | {4} | ACME Industries | Settlement Payment | 1241-000 | 5,000.00 | | 52,499.66 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.53 | 52,425.13 |
| 02/06/2017 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Number 016073584 | 2300-000 | | 16.51 | 52,408.62 |
| 02/10/2017 | {4} | Acme Industries | Settlement payment | 1241-000 | 5,000.00 | | 57,408.62 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.95 | 57,334.67 |
| 03/14/2017 | {4} | Acme Industries | Final settlement payment | 1241-000 | 5,000.00 | | 62,334.67 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 89.05 | 62,245.62 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 10/03/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.56 | 62,162.06 |
| 05/26/2017 | {3} | Verizon Wireless | Credit balance | 1229-000 | 3.42 | | 62,165.48 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.35 | 62,067.13 |
| 07/14/2017 | 102 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $14,468.00; Claim # A; Filed: $14,468.00 | 3110-000 | | 14,468.00 | 47,599.13 |
| 07/14/2017 | 103 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $139.28; Claim # B; Filed: $139.28 | 3120-000 | | 139.28 | 47,459.85 |
| 07/14/2017 | 104 | Popowcer Katten Ltd. | Distribution payment - Dividend paid at 100.00% of $4,233.00; Claim # C; Filed: $4,233.00 | 3410-000 | | 4,233.00 | 43,226.85 |
| 07/14/2017 | 105 | Popowcer Katten Ltd. | Distribution payment - Dividend paid at 100.00% of $24.08; Claim # D; Filed: $24.08 | 3420-000 | | 24.08 | 43,202.77 |
| 07/14/2017 | 106 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $2,269.50; Claim # E; Filed: $2,269.50 | 3410-000 | | 2,269.50 | 40,933.27 |

{} Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-19215 |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. |
| **Taxpayer ID #:** | **-***2431 |
| **For Period Ending:** | 10/03/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2017 | 107 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $6,399.41; Claim # FEE; Filed: $6,399.41 | 2100-000 | | 6,399.41 | 34,533.86 |
| 07/14/2017 | 108 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $23.58; Claim # TE; Filed: $23.58 | 2200-000 | | 23.58 | 34,510.28 |
| 07/14/2017 | 109 | DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 100.00% of $2,808.00; Claim # ; Filed: | 5300-000 | | 2,808.00 | 31,702.28 |
| 07/14/2017 | 110 | DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 100.00% of $696.39; Claim # ; Filed: | 5300-000 | | 696.39 | 31,005.89 |
| 07/14/2017 | 111 | DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 100.00% of $162.86; Claim # ; Filed: | 5300-000 | | 162.86 | 30,843.03 |
| 07/14/2017 | 112 | ILLINOIS DEPARTMENT OF REVENUE | Distribution payment - Dividend paid at 100.00% of $421.20; Claim # ; Filed: | 5300-000 | | 421.20 | 30,421.83 |
| 07/14/2017 | 113 | WIESLAW MAZURKIEWICZ | Distribution payment - Dividend paid at 63.60% of $660.00; Claim # 5; Filed: $660.00 | 5300-000 | | 419.76 | 30,002.07 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2017 | 114 | JACK LUZAROWSKI | Distribution payment - Dividend paid at 63.60% of $2,020.00; Claim # 8; Filed: $2,020.00 | 5300-000 | | 1,284.72 | 28,717.35 |
| 07/14/2017 | 115 | HUGO MERCHAN | Distribution payment - Dividend paid at 63.60% of $880.00; Claim # 11; Filed: $880.00 | 5300-000 | | 559.68 | 28,157.67 |
| 07/14/2017 | 116 | WALENTY PIS | Distribution payment - Dividend paid at 63.60% of $504.00; Claim # 12; Filed: $504.00 | 5300-000 | | 320.54 | 27,837.13 |
| 07/14/2017 | 117 | ROMAN KITA | Distribution payment - Dividend paid at 63.60% of $783.50; Claim # 18; Filed: $783.50 | 5300-000 | | 498.30 | 27,338.83 |
| 07/14/2017 | 118 | DARIUSZ KWIATKOWSKI | Distribution payment - Dividend paid at 63.60% of $1,471.25; Claim # 19; Filed: $1,471.25 | 5300-000 | | 935.72 | 26,403.11 |
| 07/14/2017 | 119 | PAWEL MAZUR | Distribution payment - Dividend paid at 63.60% of $3,360.00; Claim # 20; Filed: $3,360.00 | 5300-000 | | 2,136.96 | 24,266.15 |

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2017 | 120 | KRZYSZTOF F. BUDZIAK | Distribution payment - Dividend paid at 63.60% of $1,553.25; Claim # 28; Filed: $1,553.25 | 5300-000 | | 987.87 | 23,278.28 |
| 07/14/2017 | 121 | DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 100.00% of $696.39; Claim # ; Filed: | 5800-000 | | 696.39 | 22,581.89 |
| 07/14/2017 | 122 | DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 100.00% of $162.86; Claim # ; Filed: | 5800-000 | | 162.86 | 22,419.03 |
| 07/14/2017 | 123 | DEPARTMENT OF TREASURY | Distribution payment - Dividend paid at 100.00% of $67.39; Claim # ; Filed: | 5800-000 | | 67.39 | 22,351.64 |
| 07/14/2017 | 124 | Illinois Department of Employment Security | Distribution payment - Dividend paid at 100.00% of $387.51; Claim # ; Filed: $0.00 | 5800-000 | | 387.51 | 21,964.13 |
| 07/14/2017 | 125 | Illinois Department of Employment Security | Distribution payment - Dividend paid at 100.00% of $1,363.85; Claim # 14; Filed: $1,363.85 | 5800-000 | | 1,363.85 | 20,600.28 |
| 07/14/2017 | 126 | MSC Industrial Supply Co | Distribution payment - Dividend paid at 3.37% of $25,633.00; Claim # 2; Filed: $25,633.00 | 7100-000 | | 863.90 | 19,736.38 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| | |
|---|---|
| **Case No.:** | 15-19215 |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. |
| **Taxpayer ID #:** | **-***2431 |
| **For Period Ending:** | 10/03/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2017 | 127 | ALLIANCE CREATIVE GROUP | Distribution payment - Dividend paid at 3.37% of $1,339.05; Claim # 3; Filed: $1,339.05 | 7100-000 | | 45.13 | 19,691.25 |
| 07/14/2017 | 128 | ACME FOUNDRY INC. C/O ROBERT L SHEPARD | Distribution payment - Dividend paid at 3.37% of $16,525.67; Claim # 6; Filed: $16,525.67 | 7100-000 | | 556.96 | 19,134.29 |
| 07/14/2017 | 129 | ENDEAVOR TECHNOLOGIES, INC. | Distribution payment - Dividend paid at 3.37% of $4,625.00; Claim # 7; Filed: $4,625.00 | 7100-000 | | 155.87 | 18,978.42 |
| 07/14/2017 | 130 | VERIZON WIRELESS William M. Vermette - Assistant General Counsel | Distribution payment - Dividend paid at 3.37% of $1,641.90; Claim # 9; Filed: $1,641.90 | 7100-000 | | 55.34 | 18,923.08 |
| 07/14/2017 | 131 | MACMILLIN HYDRAULIC ENGINEERING CORP | Distribution payment - Dividend paid at 3.37% of $154.24; Claim # 10; Filed: $154.24 | 7100-000 | | 5.20 | 18,917.88 |
| 07/14/2017 | 132 | LIEBOVICH STEEL & ALUMINUM | Distribution payment - Dividend paid at 3.37% of $1,239.00; Claim # 13; Filed: $1,239.00 | 7100-000 | | 41.76 | 18,876.12 |

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19215 | |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | |
| **Taxpayer ID #:** | **-***2431 | |
| **For Period Ending:** | 10/03/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2017 | 133 | ALL CONTROL | Distribution payment - Dividend paid at 3.37% of $54.04; Claim # 15; Filed: $54.04 | 7100-000 | | 1.82 | 18,874.30 |
| 07/14/2017 | 134 | HARTFORD FINISHING, INC. | Distribution payment - Dividend paid at 3.37% of $1,802.79; Claim # 16; Filed: $1,802.79 | 7100-000 | | 60.76 | 18,813.54 |
| 07/14/2017 | 135 | BEAVER OIL CO. INC. | Distribution payment - Dividend paid at 3.37% of $1,372.50; Claim # 17; Filed: $1,372.50 | 7100-000 | | 46.26 | 18,767.28 |
| 07/14/2017 | 136 | MONSTER WORLDWIDE INC. | Distribution payment - Dividend paid at 3.37% of $770.00; Claim # 21; Filed: $770.00 | 7100-000 | | 25.95 | 18,741.33 |
| 07/14/2017 | 137 | Motor Castings Company Godfrey & Kahn, S.C. Attn: Erin West | Distribution payment - Dividend paid at 3.37% of $254,579.02; Claim # 22; Filed: $254,579.02 | 7100-000 | | 8,579.97 | 10,161.36 |
| 07/14/2017 | 138 | Wisconsin Aluminum Foundry Co., Inc. c/o B. Jacobs | Distribution payment - Dividend paid at 3.37% of $101,000.46; Claim # 23; Filed: $101,000.46 | 7100-000 | | 3,403.98 | 6,757.38 |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 10

| | |
|---|---|
| **Case No.:** | 15-19215 |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. |
| **Taxpayer ID #:** | **-***2431 |
| **For Period Ending:** | 10/03/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/2017 | 139 | Blackhawk Industrial Attn: Jason Jennings | Distribution payment - Dividend paid at 3.37% of $62,043.28; Claim # 25; Filed: $62,043.28 | 7100-000 | | 2,091.02 | 4,666.36 |
| 07/14/2017 | 140 | ILLINOIS POWER MARKETING DBA HOMEFIELD ENERGY SCHIFF HARDIN LLP | Distribution payment - Dividend paid at 3.37% of $91,168.35; Claim # 26; Filed: $91,168.35 | 7100-000 | | 3,072.61 | 1,593.75 |
| 07/14/2017 | 141 | SUSSEX TOOL AND SUPPLY, INC. | Distribution payment - Dividend paid at 3.37% of $43,149.00; Claim # 27; Filed: $43,149.00 | 7100-000 | | 1,454.23 | 139.52 |
| 07/14/2017 | 142 | Deven Transport, Inc. | Distribution payment - Dividend paid at 3.37% of $4,140.00; Claim # 29; Filed: $4,140.00 | 7100-000 | | 139.52 | 0.00 |
| | | **COLUMN TOTALS** | | | 62,988.14 | 62,988.14 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 62,988.14 | 62,988.14 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $62,988.14 | $62,988.14 | |

Exhibit 9
Page:  11

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-19215 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | GROT TOOL & MANUFACTURING, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2431 | **Account #:** | ******5966 Checking Account |
| **For Period Ending:** | 10/03/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******5966 Checking Account | $62,988.14 | $62,988.14 | $0.00 |
| | **$62,988.14** | **$62,988.14** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**